# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

RICHARD B. LAY

NO. 2020 KW 1237

**DECEMBER 30, 2020**

---

In Re:     Richard B. Lay, applying for supervisory writs, 22nd
           Judicial District Court, Parish of Washington, No. 11-
           CR5-112033.

---

**BEFORE:   GUIDRY, McCLENDON, AND LANIER, JJ.**

**WRIT DENIED AS MOOT.** The records of the Washington Parish
Clerk of Court's Office reflect that the district court acted on
relator's motion to vacate and set aside conviction and sentence
on October 14, 2020.

**JMG**
**PMc**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
     FOR THE COURT